May it please the Court, Gerson Simon v. Mr. Pedroza This is an unusual case in that it was based on the trial court manufacturing jurisdiction in the case and also the court directing a verdict for the prosecution. At the outset, the parties, the counsel for both sides, asked the court to take judicial notice of two federal offenses. The petitioner was charged with being liable for the legal consequences of aiding and abetting two federal crimes, alien smuggling and transportation. But these aren't California crimes. Well, probably, counsel, the first thing we ought to consider is whether there's a timely appeal from a district court decision. Yes, Your Honor. I submit that the petitioner filed a timely notice of appeal in the form of his objections to the report and recommendation of the magistrate judge in this case. As we know, the elements for filing a notice of appeal are simply stated and easily satisfied and liberally interpreted. All the defendant has to do is to indicate an intention to appeal. Number two, to designate or identify the judgment that he's appealing from and the court to which the appeal is taken. In this case, you find... What judgment was he appealing from? Well, that's what I'm getting into. May I address that in a second? In this particular case, he was... In the course of appealing, he filed his objections to the magistrate's report and his objections contain the elements of the appeal that I've just spoken of described. Now, in this particular case, of course, a defendant cannot appeal the report and recommendation of the magistrate, but the objections, the notice of appeal that contained in the objections can be filed prematurely and then they relate forward and ripen when the court adopts the magistrate's report because at that time, if... And this is under the first year case, the Supreme Court case, and also under the rules of court. If the magistrate's report and recommendation is not changed or altered by the time the court, the district judge, adopts the report and it's entered into a judgment, then the objections relate forward and can be identified and served as the equivalent of a notice of appeal. The courts of health... There are all kinds of documents served as a notice of appeal. A memorandum, a legal memorandum, even a brief. So that's the basis of his notice of appeal. Now, as far as the appellant, the petitioner's case, I was going to go back to the verdict that was directed in this case. And this is a situation where the parties took... The court took judicial notice of these federal offenses, which, of course, are not California. Not California crimes. So as a result, the court took judicial notice. This served the purpose of establishing a jurisdiction in the case. Then the parties, the lawyers for both sides, then stipulated certain facts that showed that the defendant, petitioner, was guilty of the crime charged. That is, being an accomplice to the crime of alien smuggling and transportation. Then, after that was settled, we go forward to the actual instructions that were given in this case. First, the court instructed the jury that the government has to prove beyond a reasonable doubt that the petitioner was an accomplice in this particular case, in the alien smuggling and transportation charges. He's been an accomplice with his co-defendant. Now, in this case, the court then went on to describe how a person violates those crimes. And the court informed the jury that parties made certain stipulations, and these stipulations were to the underlying facts that gave rise to the arrest of the defendant and his co-defendant. I should simply state briefly that the defendant was found in an unauthorized area in San Diego County, across from the border. Those facts served to apply to the smuggling charge. Then the parties, or rather, counsel for both sides, stipulated that the vehicle in this particular case was not registered to either of the two defendants. This served to apply to the alien transportation charge. As a result, the government, the state, was relieved of the burden of proving one of the elements of the case. That is, that the defendant violated the alien smuggling and transportation crimes. This, of course, then led the jury to convict the defendant, relieve the prosecution of proving that they violated the crimes, after the court described how the particular crimes were violated. As a result, the jury came in with a verdict of guilty. Now, I submit that these defendants' convictions should be overturned because it is appropriate, because he's already served 10 years of the sentence. This was the suggested sentence in the original plea offer. And the government, the state, made that particular offer because they didn't believe that my client was instrumental in the ultimate results that occurred, unfortunate results that occurred in this case. He was with the co-defendant, but he was not the driver of the vehicle. Kennedy, you have two minutes. Do you want to save it for rebuttal? Yes, Your Honor. Thank you. Thank you. Good morning. May it please the Court. Megan Beale, Deputy Attorney General, on behalf of Appellee, the Secretary of the California Department of Corrections and Rehabilitation. Your Honors, it's been interesting to watch the theories of the appellant evolve in this case. The argument that was presented today was presented for the first time in a letter submitted last Friday. But, of course, the Court has no jurisdiction to even consider all these continually evolving theories of liability because the only issue before this Court is whether the District Court abused its discretion when it denied the untimely motion to reopen the case in order to file an appeal. When it made that Rule 60b-6 ruling, the District Court was clearly following this Court's ruling in In Re Stine and did not abuse its discretion. Simply stated, once you pass the 180-day mark from the entry of judgment, you cannot file an appeal. That's In Re Stine and the other cases in our brief. And, of course, the United States Supreme Court in Bowles v. Russell just reiterated the importance of the jurisdictional limits of Rule 4 of the Federal Rules of Appellate Procedure. There is no jurisdiction. The petitioner contends that he never received notice of the final judgment. And, of course, he was in prison, so that's not a totally incredible assertion. You're right, Your Honor. Absolutely. And, again, there has not been any exception to In Re Stine and the other cases from the other jurisdictions for the prison inmates. And the people would contend that Appellant did have an obligation to follow this case. If you look back at the docket that's amended with the excerpts of record, you'll see that there was activity every month or two months in this case. In fact, earlier, there was an order that was a ruling recommendation by the magistrate judge that Appellant objected to. It went to the district court judge, and the district court judge ruled in one month, ruled after the objections were filed in that case. So the appellant had prior experience with this particular judge being very timely in responding to the R&R of the magistrate. Additionally, when the magistrate submitted the ---- Do you think it's a jurisdictional rule? Do you think we can make it depend on the particular magistrate or judge or prisoner, or is it a question of, I guess, the rule, what the rule should be in the case of prisoners? Well, that's right, Your Honor. I don't think that the courts have approved exceptions for any particular magistrate or particular judge, and I don't think they've approved any ---- neither the court nor the Congress has created any exception for the class of prisoners. In fact, it does happen, but the court ---- the rules have set forth, and the Supreme Court has followed that in Bowles v. Russells, that that rule in 4A ---- in Rule 4, excuse me, Rule 4 is mandatory and jurisdictional, and there is the 180-day limit, outside limit, when you don't get any actual notice of the entry of judgment. Now, if that rule needs to be changed, it could be changed through the proper procedures, but apparently this is not a common problem. Well, excuse me, Your Honors, I'm sure you've seen more cases than I have, but I haven't seen this particular issue before in the context of prisoners, but there's no reason given here why he was not following up with the court in a more timely manner. He had ---- Do you know of any cases, either way, whether there could be an exception for prisoners? No, I do not, Your Honor. I don't know of any cases either way. The ---- it's not analogous to the equitable tolling provisions of the ADEPA, and I have not seen anything. From what I have seen, Your Honors, the mandatory jurisdictional limits on the notices of appeal has been upheld across the board, and the Federal habeas cases that I have personally been involved in, not in ---- not resulting in published opinions or not resulting in citable sources, Your Honor, but I simply have not seen any other exception. It is certainly true if you file anything within the first 60 days after the judgment, that will be accepted as a notice of appeal or a notice for a request to reopen the time for filing the appeal. So I have seen that, that any particular document that has ---- that is filed after the district court judge is liberally construed by the district court judges and by this Court as a timely notice of appeal. However, this argument advanced here that the objections to the magistrate's R&R has never been advanced before and, of course, doesn't make any sense because, again, if you look back at the opening brief that Appellant filed, he was clearly stating that the filing of the objections to the magistrate's R&R divested the district court of any jurisdiction for any ruling other than ruling on a certificate of appealability, and pursuant to the arguments in his opening brief, the filing of the objections to the R&R immediately transferred jurisdiction to this Court. Of course, the district courts and the purpose of the court don't follow that procedure. The Appellant didn't raise this to the district court when he raised it. And then what happens? It does happen that the district courts sometimes, you know, do change the rulings of the magistrates after the objections are filed. That is not uncommon. And that's a reason why this case is really not at all analogous to Sutton, on which Appellant relies. Sutton, of course, was not a habeas prisoner case, but in Sutton it also was not clear whether the magistrate's ruling on attorney's fees was a final ruling or not, and they stated in a footnote that that was an issue. They weren't even going to – they didn't have to decide in that case whether the magistrate's ruling was final or not. And, of course, there the Appellant in that case was much more clear in filing two notices of appeal between the time of the magistrate's ruling and the district court's affirmance of the magistrate's ruling in that case. So there is no precedent whatsoever suggesting that objections to an R&R should be interpreted as a notice of appeal, and Appellee would suggest that that would really create a lot of chaos in the district courts where the clerks wouldn't know once the objections were filed if they had to forward everything to this court thereafter or if they wait and see if the Petitioner actually files a notice of appeal. Again, not to be anecdotal, but – well, to be anecdotal, but to rely on my experience, there are several times when Petitioners file objections to the magistrate's report and recommendation and for whatever reason don't go forward and file a notice of appeal after the district judge rules. And so pursuant to Appellant's theory in this case, all of those cases would have to be forwarded to this court for review to determine whether a certificate of appealability should be issued or not. Kennedy, was there – what was the next paper filed after the objection to the magistrate's report? How long after that was there another document filed by the Petitioner? Well, by the Petitioner, there was nothing further filed for a year and nine – a year and seven months, Your Honor. But after that – you know, I also wanted to mention, if I could, that the – in this case, the magistrate sent out a notice that the R&R would be submitted to the court on a certain date in May. And that's not an actual hearing. I don't go down to that. It's just like a taking it under submission sort of thing. But there was that. And then the court's – the district court's order affirming the – the report and recommendation came out within a month after – after the objections were filed by Petitioner. But after Petitioner filed his objections, he did not file anything else for at least a year and seven months, Your Honor. And we would submit that he had – he had both a practice in the past, again, of seeing that things did not take that long, and also – but most importantly, the legal duty to look for something, to seek some answer if he hadn't heard anything within four or five months. Or if he had filed something within six months of the – of either the magistrate's report, or of his objections thereto, if he filed a letter or anything, that most likely would have been construed as a timely request to open for a notice of appeal. But he didn't do – Kennedy, why would that be? It has to be 60 days after the judgment, doesn't it? Right. The notice of – something has to be filed within 60 days after the judgment comes out. So why would it be six months after the magistrate's report? Because when you don't get notice of the actual entry of judgment, Rule 4A6 of the Federal Rules of Civil Procedure give – do give this additional process for permitting a late motion to reopen the time for filing an appeal, but it has the limit of 180 days. It's, you know, within two or three weeks after you get actual notice with an outside limit of 180 days. And so because of the liberality which is given to petitioners pleading under the circumstances, if he had filed – I would – not for sure, but it seems to me that there would certainly be a much stronger argument that that would be a timely notice to reopen the motion – timely notice to reopen the case to file a timely notice of appeal. But no such document was filed by Appellant in this case, and fortunate or unfortunate, you know, he's – it's simply – this Court simply has no jurisdiction to get into the merits of the underlying appeal. And this – The time is up. Yes. Thank you, Your Honor. I submit, Your Honor, that there's no reason why the objections cannot be construed How can they be construed as an appeal from a judgment that hasn't been taken? The district court hasn't decided what to do about those objections. Because under the law, first tier and Rule 4, a defendant can file a premature notice of appeal, which ripens when the judge accepts – in this case, accepts and adopts the magistrate's report and recommendation. What case says that? First tier. That's a Supreme Court case, a leading case on premature – premature filings of notices of appeal. And doesn't that talk about after the Court has announced its intention? Well, that dealt – that case dealt with a summary judgment. First, the Court announced it would – it would propose and suggest what the summary judgment would be. And thereafter, one of the parties filed a notice of appeal to that summary judgment. But the summary judgment was not a final decision. But the Court held that since the summary judgment was not changed or altered when the Court – when the judgment was actually entered on the docket, then that – because the defendant's notice of appeal ripened, as they – that's the language they use, into an official notice of appeal. In this case, the judge's magistrate – judge's decision and report and recommendation, I should say, was not altered by the time the judge accepted and adopted it. In other words, the magistrate was acting as an agent for the judge. And whatever – And if the – if the judge had changed the magistrate's recommendation in some respect, would that have any – Yes. That would nullify the objections in this case being construed as a lawful notice of appeal. But, of course, that didn't happen. He accepted everything that the magistrate – adopted everything the magistrate ruled on. And during – and the magistrate informed the defendant that if he had – he had to make objections to the magistrate's report if he wanted to appeal the case. So the defendant in this case, the petitioner, was well aware that he had to file the objections, and he demonstrated his intention to appeal. But – and the – there is one case, though, not too long ago, where counsel – counsel failed to inform the defendant that the judgment was entered in this case. And in that case, they said that remedied the situation and allowed the appeal – the notice of appeal to go forward. But in this case, the Stein decision was applied. But we can get around the Stein decision if we just accept the defendant's objections as the equivalent of a notice of appeal. There's no reason why it shouldn't be, because he intended to appeal, and he indicated the judgment, what he wanted to appeal. That was the magistrate's report and recommendation, which was adopted by the – by the judge. And that was entered into the judgment. So I submit. All right. Thank you, counsel. Thank you, Your Honor. The case is argued will be submitted.
judges: Bell, Reinhardt, Wardlaw